| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 22 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOHN PETERSON,

    Plaintiff-Appellant,

v.

NEVADA COUNTY, NEVADA COUNTY SHERIFF'S DEPARTMENT, and WELLPATH MANAGEMENT, INC.,

    Defendants-Appellees.

No. 23-16146

D.C. No. 2:19-cv-00949-JAM-JDP
Eastern District of California, Sacramento

ORDER

In light of the Bankruptcy Court's minute order lifting the automatic stay only for the limited purpose of allowing oral argument in this court, *see In re Wellpath Holdings, Inc.*, No. 24-90533 ARP (Bankr. S.D. Tex. Jan. 14, 2025) (Dkt. No. 965), this matter is hereby stayed as to all parties. Oral argument scheduled for February 4, 2025, will be taken off calendar and the parties are ordered to file a further status report as to the status of bankruptcy proceedings by March 20, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT